**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known) _____   Chapter   __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mahopac Farms LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-0983214 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11411 Lefferts Blvd**<br>**South Ozone Park, NY 11420-2001**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Queens**<br>County | Location of principal assets, if different from principal place of business |
| | **1001 Route 6 Mahopac, NY 10541-1789**<br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website (URL)**   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Mahopac Farms LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5110____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

| Debtor | Mahopac Farms LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (Check all that apply.)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____

  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

Debtor    **Mahopac Farms LLC**_____    Case number (*if known*) _____
                    Name

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2017**_____
                    MM / DD / YYYY

X _____    **Mike Hassen**_____
Signature of authorized representative of debtor    Printed name

Title    **Manager**_____

**18. Signature of attorney**    X _____    Date **February 16, 2017**_____
                    Signature of attorney for debtor    MM / DD / YYYY

**Kevin J. Nash**_____
Printed name

**Goldberg Weprin Finkel Goldstein LLP**_____
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**_____
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**_____    Email address    **knash@gwfglaw.com**_____

_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                    Chapter 11

Mahopac Farms LLC,                                            Case No.

                                              Debtor.
------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK    )

      Mike Hassen, declares the following pursuant to 28 U.S.C. § 1746:

      1.    I am the manager of Mahopac Farms LLC (the "Debtor"). I submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition ("Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

### Background

      2.    The Debtor operates a successful 24,000 square foot Key Food supermarket at 1001 Route 6, Mahopac, NY 10541(the "Premises") in the Lake Plaza Shopping Center. The Debtor occupies the Premises pursuant to a certain lease dated April 1, 2010 (the "Lease") with Lake Plaza Shopping Center LLC (the "Landlord"). The Debtor acquired the supermarket at a substantial cost of $1,450,000 and invested another $1,000,000 or more in remodeling the store. The Debtor's current monthly rent is approximately $17,000, including all additional rents.

      3.    The Debtor employs approximately 30 full-time and part-time employees based on a weekly payroll of approximately $15,000 per week.

4. The Debtor currently finds itself in need of Chapter 11 relief because of the Landlord's improper and unjustified efforts to deny the Debtor its full rights and entitlements under the Lease.

5. Specifically, under Section 2 of the Lease, the Landlord retains the right to declare an early termination of the Debtor's tenancy by giving six (6) months' prior notice and compensating the Debtor for a number of items including: (i) reimbursement of the unamortized portion of the purchase price; (ii) reimbursement of certain minimum rent and CAM differentials; and (iii) reimbursement of the unamortized costs of the Debtor's remodeling work not to exceed $400,000 (hereinafter items (i), (ii) and (iii) collectively referred to as the "Reimbursables").

6. On October 27, 2016, the Landlord exercised the right of early termination and provided the Debtor with six (6) months' notice, demanding surrender of possession on April 30, 2017. The Lease otherwise ran for a term of twenty (20) years, expiring in 2030.

7. Over the last few months, the Debtor has attempted to negotiate with the Landlord over the correct and full amounts owed in connection with the Reimbursables. Unfortunately, the negotiations have failed as a result of the Landlord's refusal to recognize the Debtor's entitlement to reimbursement for remodeling costs.

8. The Landlord's decision not to honor the full extent and scope of its liability for Reimbursables undercuts the Debtor's ability to satisfy the claims of third party creditors.

9. Moreover, the Landlord's refusal to recognize and pay the Debtor the full extent and scope of its liability for Reimbursables violates the Lease and constitutes an

anticipatory breach thereof. Indeed, by virtue of the Landlord's anticipatory breach, the Landlord's ability to terminate the Lease will be contested.

10.    In bankruptcy, the Debtor intends to (i) challenge the Landlord's entitlement to terminate the Lease in view of its own anticipatory breach; or (ii) alternatively seek collection of the full extent and scope of the Reimbursables.

11.    In the interim, the Debtor will continue to operate the supermarket until the parties' rights are determined, whereupon the Debtor intends to file a plan of reorganization.

12.    The Chapter 11 case will permit all issues surrounding termination of the Lease to be adjudicated relatively promptly and provides a proper forum for a winding-down the Debtor's business as may become necessary.

### Local Rule 1007 Disclosures

13.    Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

14.    Pursuant to Local Rule 1007-2(a)(4), a list of the names and addresses of the creditors holding the 20 largest unsecured claims against the Debtor is attached hereto.

15.    Pursuant to Local Rule 1007-2(a)(5), the Debtor has two secured creditors as identified on the attached schedules, including its main supplier Key Food Stores Co-Operative, Inc.

16.    Pursuant to Local Rule 1007-2(a)(6), a summary of the Debtor's assets and liabilities set forth in the Schedules.

17.    Pursuant to Local Rule 1007-2(a)(7), a list of the equity holders of the Debtor is also attached hereto.

18.    Pursuant to Local Rule 1007-2(a)(8), none of the Debtor's assets is in the possession of a custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor.

19.    Pursuant to Local Rule 1007-2(a)(9), the Debtor's has no interests in real property other than the Lease.

20.    Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are maintained at the corporate headquarters in Queens, NY.

21.    Pursuant to Local Rule 1007-2(a)(12), I am the manager of the Debtor and do not receive a salary. My father and cousin are the principals of the Debtor and receive a salary of $1,000 each.

Dated: New York, New York
       February 8, 2017

Mahopac Farms LLC

By:    _____
       Name: Mike Hassen
       Title: Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                    Chapter 11

Mahopac Farms LLC,                                            Case No.

                                            Debtor.

-------------------------------------------------------------x

## LIMITED LIABILITY COMPANY RESOLUTION

At a special meeting of the Company held on February 8, 2017 and upon the

unanimous consent of the undersigned member after motion duly made and carried, it was:

> **RESOLVED**, that Mike Hassan, as the manager of the
> Debtor, has due authority to execute a bankruptcy petition
> under Chapter 11 of the United States Bankruptcy Code on
> behalf of the Company and to cause the filing thereof on
> behalf of the Company; and it is further

> **RESOLVED**, that the Company is authorized to retain the
> law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN
> LLP, as bankruptcy counsel for the purpose of filing and
> prosecuting the Chapter 11 petition on its behalf.

Dated: New York, New York
              February 8, 2017

                              Mahopac Farms LLC

                    By:  _____
                              Name: Mike Hassen
                              Title:   Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                  Chapter 11

Mahopac Farms LLC,                                      Case No.

                          Debtor.
----------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

      Abdullah Dabashi     51%

      Abdel Kareem Hassan   49%

Dated: New York, New York
      February 8, 2017

         Mahopac Farms LLC

    By: _____
         Name: Mike Hassen
         Title:  Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 11

Mahopac Farms LLC,                                        Case No.

                                    Debtor.
-------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Mahopac Farms LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       February 8, 2017

                              Mahopac Farms LLC

                    By:  _____
                         Abdullah Dabashi


                    By:  _____
                         Abdel Hassen

Fill in this information to identify the case:

Debtor name   Mahopac Farms LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAA Refrigeration 1804 Nereid Ave Bronx, NY 10466-1224 | | Equipment | | | | $123,566.58 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | For notice purposes | Disputed | | | $0.00 |
| Lake Plaza Shopping Center 234 Closter Dock Rd Closter, NJ 07624-2634 | | Lease | Disputed | | | $26,283.42 |
| Lilly's Wholedsale, LTD 367 Bay Shore Rd Deer Park, NY 11729-7244 | | Trade debt | | | | $1,683.58 |
| NYC Dep't of Finance Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | For notice purposes | Disputed | | | $0.00 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | For notice purposes | Disputed | | | $0.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Mahopac Farms LLC**                                      Case number *(if known)* _____
_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Resnick Equipment PO Box 368 Mountain Dale, NY 12763-0368** | | **Equipment** | | | | $35,000.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name **Mahopac Farms LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 8, 2017**       X _Mike Hassen_____
                                         Signature of individual signing on behalf of debtor

**Mike Hassen**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Mahopac Farms LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Citibank | Checking | _____ | $80,000.00 |

4.  Other cash equivalents *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $80,000.00 |
|---|

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  Deposits, including security deposits and utility deposits
    Description, including name of holder of deposit

| | Reserves - Key Food Stores | | |
|---|---|---|---|
| 7.1. | TBD | | $0.00 |

8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
    Description, including name of holder of prepayment

9.  Total of Part 2.
    Add lines 7 through 8. Copy the total to line 81.

| $0.00 |
|---|

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   __Mahopac Farms LLC_____        Case number *(if known)* _____
           Name

**Part 3:**   **Accounts receivable**

10. Does the debtor have any accounts receivable?

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. Does the debtor own any investments?

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| . | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies Food Inventory | | $250,000.00 | Wholesale | $250,000.00 |

| 23. | Total of Part 5. | | $250,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. Is any of the property listed in Part 5 perishable?
   ☐ No
   ■ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
   ☐ No
   ■ Yes. Book value _____ Valuation method **To Be Computed**_____ Current Value _____
                         0                                                                              0

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor    __Mahopac Farms LLC_____    Case number *(if known)* _____
             Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. Office furniture

| Furniture and Equipment | $6,878.20 | | $6,878.20 |
|---|---|---|---|

| Warehouse Equipment | $3,625.00 | | $3,625.00 |
|---|---|---|---|

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $10,503.20 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Store Operating Equipment | $600,000.00 | Replacement | $600,000.00 |
|---|---|---|---|

51.   **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $600,000.00 |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    __Mahopac Farms LLC_____    Case number *(if known)* _____
               Name

53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1001 Route 6, Mahopac, NY 10541-1789** | Tenant | $0.00 | | unknown |

56.    Total of Part 9.                                                                    $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    Is a depreciation schedule available for any of the property listed in Part 9?
       ■ No
       ☐ Yes

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.    Notes receivable
       Description (include name of obligor)

72.    Tax refunds and unused net operating losses (NOLs)
       Description (for example, federal, state, local)

73.    Interests in insurance policies or annuities

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    __Mahopac Farms LLC_____      Case number *(if known)* _____
           Name

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

      **Claims against Landlord**_____              **$900,000.00**
      Nature of claim       _____
      Amount requested     _____**$900,000.00**_____

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                **$900,000.00**

      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    Mahopac Farms LLC _____    Case number (if known) _____
                    Name

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $80,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $250,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,503.20 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $600,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $900,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,840,503.20 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,840,503.20 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     __Mahopac Farms LLC__

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  GU Markets of Milford LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Operating Assets** | $450,000.00 | $860,503.20 |
| **7 Corporate Dr**<br>**Keene, NH 03431-5042**<br>Creditor's mailing address | Describe the lien<br>**Second Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred<br><br>Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Keyfood Stores<br>2. GU Markets of Milford LLC | As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  Keyfood Stores**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Operating Assets** | $172,503.00 | $860,503.20 |
| **1200 South Ave**<br>**Staten Island, NY**<br>**10314-3413**<br>Creditor's mailing address | Describe the lien<br>**First Lien subject to setoff for reserves**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred<br><br>Last 4 digits of account number | | | |

Debtor   **Mahopac Farms LLC**                                     Case number (if know) _____
         _____
         Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Keyfood Stores** | ☐ Disputed |
| **2. GU Markets of Milford LLC** | |

3.   Total of the dollar amounts from Part 1, Column A, Including the amounts from the Additional Page, if any.    $622,503.00

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| _____ | | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name   **Mahopac Farms LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NYC Dep't of Finance**<br>**Legal Affairs**<br>**345 Adams St Fl 3**<br>**Brooklyn, NY 11201-3719** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Mahopac Farms LLC**                                    Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS Dep't of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,566.58 |
|---|---|---|---|

**AAA Refrigeration**

**1804 Nereid Ave**
**Bronx, NY 10466-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,283.42 |
|---|---|---|---|

**Lake Plaza Shopping Center**

**234 Closter Dock Rd**
**Closter, NJ 07624-2634**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,683.58 |
|---|---|---|---|

**Lilly's Wholedsale, LTD**

**367 Bay Shore Rd**
**Deer Park, NY 11729-7244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Resnick Equipment**

**PO Box 368**
**Mountain Dale, NY 12763-0368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

---

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

Debtor    **Mahopac Farms LLC**                                         Case number (if known) _____
                    Name

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 186,533.58 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 186,533.58 |

Fill in this information to identify the case:

Debtor name    __Mahopac Farms LLC__

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | November 1, 2015 - October 31, 2020 Service Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | AAA Refrigerator Service Inc. _____ |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Subject to Dispute | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Lake Plaza Shopping Center _____ |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Mahopac Farms LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

    *Column 1: Codebtor*                                    *Column 2: Creditor*

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|---------------------------------|
| 2.1 | Key Food | | Keyfood Stores | ■ D  2.2 ___<br>☐ E/F ___<br>☐ G ___ |

**Fill in this information to identify the case:**

Debtor name   **Mahopac Farms LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $     1,840,503.20

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $     1,840,503.20

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     622,503.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................   $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     186,533.58

4.   **Total liabilities** ..............................
    Lines 2 + 3a + 3b     $     809,036.58

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com